# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-40771

United States Court of Appeals
Fifth Circuit

**FILED**
July 15, 2019

Lyle W. Cayce
Clerk

JONAS YBARRA, JR.,

Plaintiff–Appellant,

versus

TEXAS HEALTH AND HUMAN SERVICES COMMISSION;
ADELA M. GONZALEZ; JAY WONG; JORGE PERRY;
FERNANDO DE LUNA; MARIO GOMEZ,

Defendants−Appellees.

Appeal from the United States District Court
for the Southern District of Texas
No. 1:17-CV-174

Before HIGGINBOTHAM, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Jonas Ybarra was fired first by U.S. Immigration and Customs Enforcement ("ICE") and then by the Texas Health and Human Services Commission.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-40771

He sued three of his former colleagues at ICE, the Commission, and two former coworkers at the Commission on various theories, including a *Bivens* remedy against the federal defendants and 42 U.S.C. § 1983 against the state defendants.  He claimed retaliation, sex discrimination, and multiple violations of his civil rights and conversion of property.

The magistrate judge issued a comprehensive 27-page Report and Recommendation that recommended dismissal of all claims.  The district court adopted the recommendation in a judgment of dismissal.  Ybarra appeals as to some of the denied claims.

We have reviewed the briefs, pertinent parts of the record, and the applicable law and have heard the arguments of counsel.  The judgment of dismissal is AFFIRMED, essentially for the reasons amply explained by the magistrate judge as to the issues that have been appealed.